IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CEVELA TERASNA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:08-CV-00756(RMU) |
| v. | ) | |
| | ) | |
| HYATT CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MEET AND CONFER STATEMENT

Pursuant to Fed. R. Civ. P. 26(f), L. Civ. R. 16.3, and the Court's General Order and Guidelines for Civil Cases (ECF) (the "General Order"), the parties, through their undersigned counsel, hereby state that they conferred and reached the agreements set forth herein. Pursuant to the rules of this Court and the General Order, counsel submit this report and a proposed Scheduling Order incorporating the parties' suggestions.

1.      **Statement of the Case:**

Plaintiff, who was formerly employed by Defendant as a housekeeper, alleges she took medical leave from work in order to have knee replacement surgery. After her surgery, Plaintiff's medical health provider requested that she return from medical leave on a modified schedule as a reasonable accommodation for her physical impairment. Defendant declined the request and terminated Plaintiff's employment in violation of the D.C. Human Rights Act and the Americans with Disabilities Act.

Defendant denies that plaintiff was terminated because of a disability or perceived disability

in violation of the D.C. Human Rights Act and the Americans With Disabilities Act.

**2.    Dispositive Motions**

Plaintiff does not intend to file a dispostive motion.  Defendant intends to file a dispositive motion.

**3.    Joinder and Amendment**

The parties agree that third party pleadings and amended pleadings, if any, should be filed within 60 days after the entry of a Scheduling Order unless otherwise ordered by the Court for good cause shown.

**4.    Magistrate Judge**

The parties do not consent to assignment of this case to a Magistrate Judge for all purposes.

**5.    Settlement**

The parties consent to early mediation before a Magistrate Judge.

**6.    ADR**

The parties consent to early mediation before a Magistrate Judge.

**7.    Dispositive Motions Schedule**

The parties propose that any dispositive motions be filed no later than 60 days after the close of discovery; any opposition be filed within 30 days after the filing of the motion; and any reply be filed within 10 days after the filing of the opposition.

**8.    Initial Disclosures**

The parties agree that initial disclosures will be exchanged no later than July 15, 2008 pursuant to Fed. R. Civ. P. 26(a)(1).

**9.    Extent of Discovery**

The parties propose that fact discovery close five months (150 days) after the date the

Scheduling Order is entered.  The parties agree that the limitations on discovery contained in Fed. R.

Civ. P. 30, 33, and 34 should apply.

**10.    Expert Witnesses**

The parties recommend that the expert disclosures, if any, required by Fed. R. Civ. P.

26(a)(2) be made 60 days before the close of discovery; and that any rebuttal expert disclosure

be made 30 days thereafter.  Expert depositions, if any, are to be conducted within 30 after all

expert disclosures are completed.

**11.    Class Action**

This is not a class action lawsuit.

**12.    Bifurcation**

The parties do not seek bifurcation.

**13.    Pre-trial Conference**

The Pre-trial Conference should be scheduled by the Court following completion of

discovery.

**14.    Trial Date**

The parties agree that the date of trial (2 days) should be scheduled by the Court at the

pre-trial conference.

**15.    Proposed Order**

A proposed Scheduling Order is submitted herewith.

Dated: June 17, 2008

Respectfully submitted,


_/s/  Susan L. Kruger_____

Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates, P.C.
1050 17th Street, N.W.
Suite 220
Washington, DC  20036
202-463-6036
202-463-6067 (fax)

ATTORNEYS FOR PLAINTIFF
CEVALA TERASNA


_/s/  Nathan J. Oleson_____

Nathan J. Oleson (D.D.C. Bar No. 468592)
AKIN GUMP STRAUSS HAUER & FELD, LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

ATTORNEY FOR DEFENDANT
HYATT CORPORATION

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Joint Meet and Confer Statement Complaint was electronically filed with the Clerk of the Court using CM/ECF this 17th day of June, 2008. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

 

 

_s/ Nathan J. Oleson_____
Nathan J. Oleson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CEVELA TERASNA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:08-CV-00756(RMU) |
| v. | ) | |
| | ) | |
| HYATT CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Upon consideration of the joint meet and confer report of the parties, it is hereby ORDERED as follows:

1.      Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2.      Any dispositive motions shall be filed no later than 60 days after the close of discovery, any opposition shall be filed within 30 days after service, and any reply shall be filed within 10 days after the opposition is filed.

3.      Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be served no later than July 15, 2008.

4.      Discovery shall close 150 days after the entry of this Order.

5.      Expert disclosures shall be made 60 days before the close of discovery, and any rebuttal expert disclosure shall be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 after all expert disclosures are completed.

6.      The pre-trial conference shall be set upon completion of discovery.

7.      The trial of this case shall be set at the pre-trial conference.

SO ORDERED on this ___ day of _____, 2008.


_____
Hon. Ricardo M. Urbina
United States District Judge