REFERRAL TO MAGISTRATE JUDGE

CATEGORY: "H"

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: Employment Discrimination | | | | |
|---|---|---|---|---|
| CASE NO:<br>C.A. 08-0756 | DATE REFERRED:<br>June 24, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement Discussions | JUDGE:<br>Ricardo M. Urbina | MAG. JUDGE<br>John M. Facciola |

| PLAINTIFF(S):<br>Cevela Terasna | DEFENDANT(S):<br>Hyatt Corporation |
|---|---|

| ENTRIES: |
|---|
| Case referred to Magistrate Judge Facciola for Settlement Conference on 8/1/2008, at 10:00 a.m. in chambers. |